TABLE 1

CT Wholesaler Wine Spirits | Minimum Retail and Best Costs on Key Items

| Brand | Wholesaler | Dec-15 Min Bottle | Jan-16 Min Bottle | Feb-16 Min Bottle | Mar-16 Min Bottle | Apr-16 Min Bottle | May-16 Min Bottle | Jun-16 Min Bottle | Jul-16 Min Bottle | Dec-15 Cost/Bottle | Jan-16 Cost/Bottle | Feb-16 Cost/Bottle | Mar-16 Cost/Bottle | Apr-16 Cost/Bottle | May-16 Cost/Bottle | Jun-16 Cost/Bottle | Jul-16 Cost/Bottle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Absolut 1.75L | CDI | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.90 | $29.90 | $23.90 | $29.90 | $29.90 | $29.90 | $23.90 | $29.90 |
| Absolut 1.75L | Hartley Parker | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.90 | $29.90 | $23.90 | $29.90 | $29.90 | $29.90 | $23.90 | $29.90 |
| Bombay Gin 1.75L | CDI | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 |
| Bombay Gin 1.75L | Brescome Barton | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 |
| Bombay Gin 1.75L | Hartley Parker | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 | $26.08 | $29.91 | $29.91 |
| Bombay Sapphire 1.75L | Brescome Barton | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 | $34.91 | $34.91 | $34.91 | $28.74 | $34.74 | $35.41 | $39.41 | $33.24 |
| Bombay Sapphire 1.75L | CDI | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 | $34.91 | $34.91 | $34.91 | $28.74 | $34.74 | $35.41 | $39.41 | $33.24 |
| Bombay Sapphire 1.75L | Hartley Parker | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 | $34.91 | $34.91 | $34.91 | $28.74 | $34.74 | $35.41 | $39.41 | $33.24 |
| Burnett's Vodka 1.75L | Brescome Barton | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.41 | $13.74 | $16.41 | $13.74 | $16.41 | $13.74 | $16.41 | $13.74 |
| Burnett's Vodka 1.75L | Hartley Parker | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.41 | $13.74 | $16.41 | $13.74 | $16.41 | $13.74 | $16.41 | $13.74 |
| Captain Morgan Spiced Rum 1.75l | CDI | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $25.74 | $26.57 | $21.74 | $26.57 | $25.74 | $26.57 | $21.74 | $26.57 |
| Captain Morgan Spiced Rum 1.75l | Brescome Barton | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $25.74 | $26.57 | $21.74 | $26.57 | $25.74 | $26.57 | $21.74 | $26.57 |
| Captain Morgan Spiced Rum 1.75l | Eder Bros | $26.65 | $26.65 | $26.65 | $26.65 | $26.64 | $26.65 | $26.65 | $26.65 | $25.74 | $26.57 | $21.74 | $26.57 | $25.74 | $26.57 | $21.74 | $26.57 |
| Captain Morgan Spiced Rum 1.75l | Hartley Parker | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $25.74 | $26.57 | $21.74 | $26.57 | $25.74 | $26.57 | $21.74 | $26.57 |
| Dewar's 1.75L | Brescome Barton | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.91 | $36.91 | $36.91 | $31.74 | $36.91 | $34.91 | $36.91 | $31.74 |
| Dewar's 1.75L | CDI | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.91 | $36.91 | $36.91 | $31.74 | $36.91 | $34.91 | $36.91 | $31.74 |
| Grey Goose 1.75L | Brescome Barton | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $50.91 | $56.91 | $50.91 | $56.91 | $56.91 | $50.91 | $56.91 | $53.91 |
| Grey Goose 1.75L | CDI | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $50.91 | $56.91 | $50.91 | $56.91 | $56.91 | $50.91 | $56.91 | $53.91 |
| Grey Goose 750ml | Brescome Barton | $27.76 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $27.68 | $27.91 | $29.91 | $26.41 | $29.91 | $27.91 | $29.91 | $25.91 |
| Grey Goose 750ml | CDI | $27.76 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $27.68 | $27.91 | $29.91 | $26.41 | $29.91 | $27.91 | $29.91 | $25.91 |
| Hennessy VS 1.75L | Brescome Barton | $64.99 | $64.99 | $64.99 | $64.99 | $66.99 | $66.99 | $66.99 | $66.99 | $64.91 | $59.91 | $64.91 | $57.91 | $66.91 | $61.91 | $66.91 | $59.58 |
| Hennessy VS 1.75L | CDI | $64.99 | $64.99 | $64.99 | $64.99 | $66.99 | $66.99 | $66.99 | $66.99 | $64.91 | $59.91 | $64.91 | $57.91 | $66.91 | $61.91 | $66.91 | $59.58 |
| Jack Daniels Black 1.75L | Allan S Goodman | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $44.99 | $40.08 | $43.91 | $37.08 | $43.91 | $40.08 | $43.91 | $37.08 | $44.91 |
| Jack Daniels Black 1.75L | Eder Bros | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $44.99 | $40.08 | $43.91 | $37.08 | $43.91 | $40.08 | $43.91 | $37.08 | $44.91 |
| Jameson Whiskey 1.75l | CDI | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 | $49.91 | $49.91 | $35.91 | $45.91 | $49.91 | $39.91 | $49.91 | $49.91 |
| Jameson Whiskey 1.75l | Brescome Barton | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 | $49.91 | $49.91 | $35.91 | $45.91 | $49.91 | $39.91 | $49.91 | $49.91 |
| Jameson Whiskey 1.75l | Eder Bros | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 | $49.91 | $49.91 | $35.91 | $45.91 | $49.91 | $39.91 | $49.91 | $49.91 |
| Jameson Whiskey 1.75l | Hartley Parker | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 | $49.91 | $49.91 | $35.91 | $45.91 | $49.91 | $39.91 | $49.91 | $49.91 |
| Jim Beam 1.75l | CDI | $31.99 | $31.99 | $31.99 | $31.99 | $32.99 | $32.99 | $32.99 | $32.99 | $31.91 | $28.58 | $31.91 | $26.58 | $32.91 | $29.58 | $32.91 | $27.58 |
| Jim Beam 1.75l | Brescome Barton | $31.99 | $31.99 | $31.99 | $31.99 | $32.99 | $32.99 | $32.99 | $32.99 | $31.91 | $28.58 | $31.91 | $26.58 | $32.91 | $29.58 | $32.91 | $27.58 |
| Johnnie Walker Black 750ml | Brescome Barton | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 | $29.91 | $35.91 | $35.91 | $33.20 | $35.91 | $26.99 | $29.91 | $33.20 |
| Johnnie Walker Black 750ml | Allan S Goodman | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 | $29.91 | $35.91 | $35.91 | $33.20 | $35.91 | $26.99 | $29.91 | $33.20 |
| Johnnie Walker Black 750ml | Eder Bros | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 | $29.91 | $35.91 | $35.91 | $33.20 | $35.91 | $26.99 | $29.91 | $33.20 |
| Johnnie Walker Black 1.75l | Brescome Barton | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 | $59.91 | $67.91 | $67.91 | $63.62 | $67.91 | $55.08 | $59.91 | $59.91 |
| Johnnie Walker Black 1.75l | Allan S Goodman | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 | $59.91 | $67.91 | $67.91 | $63.62 | $67.91 | $55.08 | $59.91 | $59.91 |
| Johnnie Walker Black 1.75l | Eder Bros | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 | $59.91 | $67.91 | $67.91 | $63.62 | $67.91 | $55.08 | $59.91 | $59.91 |
| Jose Cuervo Gold 1.75L | Brescome Barton | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 |
| Jose Cuervo Gold 1.75L | Allan S Goodman | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 |
| Jose Cuervo Gold 1.75L | Eder Bros | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 | $34.91 | $29.74 | $34.91 |
| Macallan 12 Yr 750ml | Brescome Barton | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $51.33 | $46.91 | $48.91 | $46.91 | $48.91 | $46.91 | $48.91 | $45.41 | $51.25 |
| Macallan 12 Yr 750ml | Hartley Parker | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $51.33 | $46.91 | $48.91 | $46.91 | $48.91 | $46.91 | $48.91 | $45.41 | $51.25 |
| Maker's Mark 1.75L | Brescome Barton | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 | $53.91 | $55.91 | $51.91 | $57.91 | $55.91 | $57.91 | $53.91 | $57.91 |
| Maker's Mark 1.75L | Allan S Goodman | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 | $53.91 | $55.91 | $51.91 | $57.91 | $55.91 | $57.91 | $53.91 | $57.91 |
| Maker's Mark 1.75L | Eder Bros | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 | $59.99 | $59.99 | $53.91 | $55.91 | $51.91 | $57.91 | $55.91 | $57.91 | $53.91 | $57.91 |
| Maker's Mark 1.75L | CDI | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 | $53.91 | $55.91 | $51.91 | $57.91 | $55.91 | $57.91 | $53.91 | $57.91 |
| SKYY Vodka 1.75 | Brescome Barton | $21.98 | $21.98 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.90 | $20.40 | $19.41 | $21.91 | $20.41 | $17.91 | $21.91 | $19.41 |
| SKYY Vodka 1.75 | Hartley Parker | $21.98 | $21.98 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.90 | $20.41 | $19.41 | $21.91 | $20.41 | $17.91 | $21.91 | $19.41 |
| Smirnoff Vodka 1.75l | Brescome Barton | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $18.57 | $19.90 | $16.28 | $19.90 | $18.57 | $19.90 | $15.98 | $19.90 |
| Smirnoff Vodka 1.75l | Eder Bros | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $18.57 | $19.90 | $16.28 | $19.90 | $18.57 | $19.90 | $15.98 | $19.90 |
| Smirnoff Vodka 1.75l | Allan S Goodman | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $18.57 | $19.90 | $16.28 | $19.90 | $18.57 | $19.90 | $15.98 | $19.90 |
| Tanqueray Gin 1.75L | Brescome Barton | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $24.58 | $29.91 | $29.91 | $24.58 | $29.91 | $29.91 | $24.58 | $29.91 |
| Tanqueray Gin 1.75L | Eder Bros | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $24.58 | $29.91 | $29.91 | $24.58 | $29.91 | $29.91 | $24.58 | $29.91 |

TABLE 1 — CT Wholesaler Wine Spirits | Minimum Retail and Best Costs on Key Items

| Brand | Wholesaler | Dec-15 Min Bottle | Jan-16 Min Bottle | Feb-16 Min Bottle | Mar-16 Min Bottle | Apr-16 Min Bottle | May-16 Min Bottle | Jun-16 Min Bottle | Jul-16 Min Bottle | Dec-15 Cost/Bottle | Jan-16 Cost/Bottle | Feb-16 Cost/Bottle | Mar-16 Cost/Bottle | Apr-16 Cost/Bottle | May-16 Cost/Bottle | Jun-16 Cost/Bottle | Jul-16 Cost/Bottle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yellow Tail Chardonnay 1.5L | Brescome Barton | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $8.99 | $11.91 | $10.16 | $8.99 | $10.16 | $10.16 | $8.99 | $11.91 |
| Yellow Tail Chardonnay 1.5L | Slocum | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $8.99 | $11.91 | $10.16 | $8.99 | $10.16 | $10.16 | $8.99 | $11.91 |
| Duckhorn Merlot Napa 750ml | Slocum | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $44.99 | $44.99 | $44.99 | $33.33 | $37.33 | $37.33 | $33.33 | $37.33 | $37.33 | $33.33 | $37.33 |
| Duckhorn Merlot Napa 750ml | Winebow | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $44.99 | $44.99 | $44.99 | $33.33 | $37.33 | $37.33 | $33.33 | $37.33 | $37.33 | $33.33 | $37.33 |