**TABLE 2** — CT Wholesaler Wine Spirits | Minimum Retail on Key Items



**Absolut 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| CDI | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 |
| Hartley Parker | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 | $29.98 |



**Bombay Gin 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| CDI | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |
| Brescome Barton | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |
| Hartley Parker | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |



**Bombay Sapphire 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 |
| CDI | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 |
| Hartley Parker | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $39.49 | $39.49 | $39.49 |



**Burnett's Vodka 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 |
| Hartley Parker | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 | $16.99 |

TABLE 2  CT Wholesaler Wine Spirits | Minimum Retail on Key Items



### Captain Morgan Spiced Rum 1.75l

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| CDI | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 |
| Brescome Barton | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 |
| Eder Bros | $26.65 | $26.65 | $26.65 | $26.65 | $26.64 | $26.65 | $26.65 | $26.65 |
| Hartley Parker | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 | $26.65 |



### Dewar's 1.75L

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 |
| CDI | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 | $36.99 |



### Grey Goose 1.75L

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 |
| CDI | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 | $56.99 |



### Grey Goose 750ml

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $27.76 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |
| CDI | $27.76 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |

TABLE 2    CT Wholesaler Wine Spirits | Minimum Retail on Key Items



### Hennessy VS 1.75L

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $64.99 | $64.99 | $64.99 | $64.99 | $66.99 | $66.99 | $66.99 | $66.99 |
| CDI | $64.99 | $64.99 | $64.99 | $64.99 | $66.99 | $66.99 | $66.99 | $66.99 |



### Jack Daniels Black 1.75L

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Allan S Goodman | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $44.99 |
| Eder Bros | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $43.99 | $44.99 |



### Jameson Whiskey 1.75l

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| CDI | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 |
| Brescome Barton | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 |
| Eder Bros | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 |
| Hartley Parker | $49.99 | $49.99 | $44.99 | $45.99 | $49.99 | $49.99 | $49.99 | $49.99 |



### Jim Beam 1.75l

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| CDI | $31.99 | $31.99 | $31.99 | $31.99 | $32.99 | $32.99 | $32.99 | $32.99 |
| Brescome Barton | $31.99 | $31.99 | $31.99 | $31.99 | $32.99 | $32.99 | $32.99 | $32.99 |

TABLE 2    CT Wholesaler Wine Spirits | Minimum Retail on Key Items



### Johnnie Walker Black 750ml

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 |
| Allan S Goodman | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 |
| Eder Bros | $29.99 | $35.99 | $35.99 | $35.99 | $35.99 | $29.99 | $29.99 | $35.99 |



### Johnnie Walker Black 1.75l

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 |
| Allan S Goodman | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 |
| Eder Bros | $59.99 | $67.99 | $67.99 | $67.99 | $67.99 | $59.99 | $59.99 | $59.99 |



### Jose Cuervo Gold 1.75L

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 |
| Allan S Goodman | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 |
| Eder Bros | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 | $34.99 |



### Macallan 12 Yr 750ml

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $51.33 |
| Hartley Parker | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $48.99 | $47.49 | $51.33 |

TABLE 2 — CT Wholesaler Wine Spirits | Minimum Retail on Key Items



**Maker's Mark 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 |
| Allan S Goodman | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 |
| Eder Bros | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 | $59.99 | $59.99 | $59.99 |
| CDI | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $57.99 | $59.99 | $59.99 |



**SKYY Vodka 1.75**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $21.98 | $21.98 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 |
| Hartley Parker | $21.98 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 | $21.99 |



**Smirnoff Vodka 1.75l**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 |
| Eder Bros | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 |
| Allan S Goodman | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 | $19.98 |



**Tanqueray Gin 1.75L**

|  | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |
| Eder Bros | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99 |

**TABLE 2**

**CT Wholesaler Wine Spirits | Minimum Retail on Key Items**

## Yellow Tail Chardonnay 1.5L

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Brescome Barton | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 |
| Slocum | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 | $11.99 |

## Duckhorn Merlot Napa 750ml

| | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 |
|---|---|---|---|---|---|---|---|---|
| Slocum | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $44.99 | $44.99 | $44.99 |
| Winebow | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $44.99 | $44.99 | $44.99 |



