# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand and nineteen.

_____

| | |
|---|---|
| Connecticut Fine Wine and Spirits, LLC, d/b/a, Total Wine & More, | **STATEMENT OF COSTS**<br>Docket No. 17-2003 |
|      Plaintiff-Appellant, | |
| v. | |
| Commissioner Michelle H. Seagull, Department of Consumer Protection, John Suchy, Director, Division of Liquor Control, | |
|      Defendants-Appellees, | |
| Wine & Spirits Wholesalers of Connecticut, Inc., Connecticut Beer Wholesalers Association, Inc., Connecticut Restaurant Association, Connecticut Package Stores Association, Inc., Brescome Barton, Inc., | |
|      Intervenors-Defendants-Appellees. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $192.50 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/27/2019